UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 24cr0520 (TJK) |
| ) | |
| KIYA RAVEE HOLLAND    ) | |

**UNOPPOSSED MOTION TO AMEND CONDITIONS OF RELEASE**

Christopher M. Davis, appointed counsel for the defendant, moves this Court to amend her conditions of release and states the following in support thereof:

1. Ms. Holland is court ordered to participate in drug testing by Pretrial Servies. *See*, ECF 16 at 7(n).

2. Pretrial Services has been testing Ms. Holland, and she has remained consistently drug free (3x tests to date). Pretrial does not oppose removing the drug testing provision of Ms. Holland's conditions of release. The United States, represented by Joshua Gold, does not oppose removing Ms. Holland's drug testing condition of release.

3. Ms. Holland conditions of release preclude her from having contact with any detainee or inmate at the DC Jail (CDF and/or CTF). *See*, ECF 16 at 7(g)

4. The United States, represented by Joshua Gold, does not oppose Ms.

Holland having telephone contact with her fiancé and co-defendant, Darius Robertson, or her brother, Kenneth Johnson, as long as the conversations are on each inmate's respective telephone account and there is no discussion about the pending case.

**WHEREFORE,** Ms. Holland respectfully requests the court to amend her conditions of release as outlined in this motion.

Respectfully submitted,

_____/s/_____
Christopher M. Davis
Bar No. 385582
Davis & Davis
1350 Connecticut Avenue, NW Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served on counsel for the United States via the court's CM/ECF system on this 8th day of December 2024.

_____/s/_____
Christopher M. Davis